ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✦PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

**FILED**

APR 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| M. N., a minor, by and through DEBORAH NORVILL, his Guardian Ad Litem, Individually, as Wrongful Death Heir, and as Successor-in-Interest to TOM BAKER, Deceased; SYBOL ROBERTSON, Individually, as Wrongful Death Heir, and as Successor-in-Interest to BILLY RAY ROBERTSON, Deceased; and ERIK ROBERTSON, KAREN ATWELL, and FREDA KROLL, as Legal Heirs of BILLY RAY ROBERTSON, Deceased; and PHYLLIS A. BROWN, Individually, as Wrongful Death Heir, and as Successor-in-Interest to PAUL BROWN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>VIACOM, INC.; NORTHROP GRUMMAN CORPORATION; LOCKHEED MARTIN CORPORATION; THE BOEING COMPANY; NEWPORT NEWS SHIPBUILDING & DRY DOCK COMPANY; MCDONNELL DOUGLAS CORPORATION; and DOES 1-300,<br><br>Defendants. | No. C05-0462 MJJ<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

Plaintiffs hereby dismiss the above-referenced action without prejudice. Each party to bear its own costs.

//

K:\Injured\103866\DWOP all.wpd

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE  – C05-0462 MJJ

| | | |
|---|---|---|
| 1  Dated: April 6, 2005 | | BRAYTON✥PURCELL LLP |
| 2 | | /s/ David R. Donadio |
| 3 | By: | _____ |
| 4 | | David R. Donadio<br>Attorneys for Plaintiffs |
| 5  Dated: April 7, 2005 | | POND NORTH LLP |
| 6 | | /s/ Ann I. Park |
| 7 | By: | _____<br>Ann I. Park |
| 8 | | Attorneys for Defendant<br>VIACOM Inc., Successor by merger to CBS Corporation, f/k/a Westinghouse Electric |
| 9 | | Corporation |
| 10  Dated: April 18, 2005 | | HAIGHT BROWN & BONESTEEL LLP |
| 11 | | /s/ Daniel J. Kelly |
| 12 | By: | _____ |
| 13 | | Daniel J. Kelly<br>Attorneys for Defendants<br>Northrop Grumman Corporation and |
| 14 | | Newport News Shipbuilding & Dry Dock Company |
| 15  Dated: April 6, 2005 | | PERKINS COIE LLP |
| 16 | | /s/ Bo Kim |
| 17 | By: | _____<br>Bo Kim |
| 18 | | Attorneys for Defendant<br>The Boeing Company |
| 19 | | |
| 20  Dated: April 6, 2005 | | BRYAN CAVE LLP |
| 21 | | /s/ Paul Andrew Levin |
| 22 | By: | _____<br>Paul Andrew Levin |
| 23 | | Attorneys for Defendant<br>McDonnell Douglas Corporation |

**IT IS SO ORDERED**

Dated: April _____, 2005

_____
Martin J. Jenkins
United States District Court Judge

K:\Injured\103866\DWOP all.wpd

2

NOTICE OF DISMISSAL WITHOUT PREJUDICE – C05-0462 MJJ

| | | |
|---|---|---|
| 1  Dated: April 5, 2005 | | BRAYTON♦PURCELL LLP |
| 2 | | |
| 3 | By: | *(signature)* |
| 4 | | David R. Donadio<br>Attorneys for Plaintiffs |
| 5  Dated: April ____, 2005 | | POND NORTH LLP |
| 6 | | |
| 7 | By: | _____<br>Ann T. Park |
| 8 | | Attorneys for Defendant<br>VIACOM Inc., Successor by merger to CBS |
| 9 | | Corporation, f/k/a Westinghouse Electric<br>Corporation |
| 10  Dated: April ____, 2005 | | HAIGHT BROWN & BONESTEEL LLP |
| 11 | | |
| 12 | By: | _____ |
| 13 | | Daniel J. Kelly<br>Attorneys for Defendants |
| 14 | | Northrop Grumman Corporation and<br>Newport News Shipbuilding & Dry Dock Company |
| 15  Dated: April 6, 2005 | | PERKINS COIE LLP |
| 16 | | |
| 17 | By: | *(signature)* |
| 18 | | Bo Kim<br>Attorneys for Defendant |
| 19 | | The Boeing Company |
| 20  Dated: April ____, 2005 | | BRYAN CAVE LLP |
| 21 | | |
| 22 | By: | _____<br>Paul Andrew Levin |
| 23 | | Attorneys for Defendant<br>McDonnell Douglas Corporation |
| 24  **IT IS SO ORDERED** | | |
| 25  Dated: April ____, 2005 | | |
| 26 | | |
| 27 | | _____<br>Martin J. Jenkins |
| 28 | | United States District Court Judge |

2

NOTICE OF DISMISSAL WITHOUT PREJUDICE – C05-0462 MJJ

| | | |
|---|---|---|
| 1  Dated: April 5, 2005 | | BRAYTON✦PURCELL LLP |
| 2 | | |
| 3 | By: | *signature* |
| 4 | | David R. Donadio<br>Attorneys for Plaintiffs |
| 5  Dated: April ___, 2005 | | POND NORTH LLP |
| 6 | | |
| 7 | By: | _____<br>Ann L. Park |
| 8 | | Attorneys for Defendant<br>VIACOM Inc., Successor by merger to CBS |
| 9 | | Corporation, f/k/a Westinghouse Electric<br>Corporation |
| 10  Dated: April ___, 2005 | | HAIGHT BROWN & BONESTEEL LLP |
| 11 | | |
| 12 | By: | _____ |
| 13 | | Daniel J. Kelly<br>Attorneys for Defendants |
| 14 | | Northrop Grumman Corporation and<br>Newport News Shipbuilding & Dry Dock Company |
| 15  Dated: April ___, 2005 | | PERKINS COIE LLP |
| 16 | | |
| 17 | By: | _____<br>Bo Kim |
| 18 | | Attorneys for Defendant<br>The Boeing Company |
| 19 | | |
| 20  Dated: April 6, 2005 | | BRYAN CAVE LLP |
| 21 | | *signature* / R.E. Boone for |
| 22 | By: | Paul Andrew Levin<br>Attorneys for Defendant |
| 23 | | McDonnell Douglas Corporation |

**IT IS SO ORDERED**

Dated: April ___, 2005

_____
Martin J. Jenkins
United States District Court Judge

2
NOTICE OF DISMISSAL WITHOUT PREJUDICE – C05-0462 MJJ

| | | |
|---|---|---|
| 1 | Dated: April 5, 2005 | BRAYTON♦PURCELL LLP |
| 2 | | |
| 3 | | By: _____<br>David R. Donadio<br>Attorneys for Plaintiffs |
| 4 | | |
| 5 | Dated: April 7, 2005 | POND NORTH LLP |
| 6 | | |
| 7 | | By: _____<br>John I. Park<br>Attorneys for Defendant<br>VIACOM Inc., Successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation |
| 8 | | |
| 9 | | |
| 10 | Dated: April ____, 2005 | HAIGHT BROWN & BONESTEEL LLP |
| 11 | | |
| 12 | | By: _____<br>Daniel J. Kelly<br>Attorneys for Defendants<br>Northrop Grumman Corporation and<br>Newport News Shipbuilding & Dry Dock Company |
| 13 | | |
| 14 | | |
| 15 | Dated: April ____, 2005 | PERKINS COIE LLP |
| 16 | | |
| 17 | | By: _____<br>Bo Kim<br>Attorneys for Defendant<br>The Boeing Company |
| 18 | | |
| 19 | | |
| 20 | Dated: April ____, 2005 | BRYAN CAVE LLP |
| 21 | | |
| 22 | | By: _____<br>Paul Andrew Levin<br>Attorneys for Defendant<br>McDonnell Douglas Corporation |
| 23 | | |
| 24 | IT IS SO ORDERED | |
| 25 | Dated: April ____, 2005 | |
| 26 | | |
| 27 | | _____<br>Martin J. Jenkins<br>United States District Court Judge |
| 28 | | |

2
NOTICE OF DISMISSAL WITHOUT PREJUDICE – C05-0462 MJJ

| | | |
|---|---|---|
| 1 | Dated: April 5, 2005 | BRAYTON✦PURCELL LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | David R. Donadio<br>Attorneys for Plaintiffs |
| 5 | Dated: April ____, 2005 | POND NORTH LLP |
| 6 | | |
| 7 | | By: _____<br>Ann I. Park |
| 8 | | Attorneys for Defendant<br>VIACOM Inc., Successor by merger to CBS |
| 9 | | Corporation, f/k/a Westinghouse Electric Corporation |
| 10 | Dated: April 18, 2005 | HAIGHT BROWN & BONESTEEL LLP |
| 11 | | |
| 12 | | By: _____<br>Daniel J. Kelly |
| 13 | | Attorneys for Defendants<br>Northrop Grumman Corporation and |
| 14 | | Newport News Shipbuilding & Dry Dock Company |
| 15 | Dated: April ____, 2005 | PERKINS COIE LLP |
| 16 | | |
| 17 | | By: _____<br>Bo Kim |
| 18 | | Attorneys for Defendant<br>The Boeing Company |
| 19 | | |
| 20 | Dated: April ____, 2005 | BRYAN CAVE LLP |
| 21 | | |
| 22 | | By: _____<br>Paul Andrew Levin |
| 23 | | Attorneys for Defendant<br>McDonnell Douglas Corporation |

**IT IS SO ORDERED**

Dated: April 19, 2005

_____
Martin J. Jenkins
United States District Court Judge

NOTICE OF DISMISSAL WITHOUT PREJUDICE – C05-0462 MJJ